## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**FEDERAL DEPOSIT INSURANCE**
**CORPORATION AS RECEIVER OF**
**WASHINGTON MUTUAL BANK,** *et al.*,

    **Plaintiffs,**

                                            **Civil Action 2:10-cv-00229**
v.                                       **Judge Edmund A. Sargus, Jr.**
                                            **Magistrate Judge E.A. Preston Deavers**

**JACK K. BEATLEY,** *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court for consideration of the February 11, 2011 Report and Recommendation of the United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b). (ECF No. 26.) The Magistrate Judge recommended that the Court deny the Motion to Remand to State Court. (ECF No. 11.)

The Report and Recommendation specifically advises parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation 13, ECF No. 26.) The time period for filing objections to the Report and Recommendation has expired. The parties have not objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation. Noting that no objections have

been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation. Accordingly, the Court **DENIES** the Motion to Remand to State Court. (ECF No. 11.)

**IT IS SO ORDERED.**

_3-4-2011_
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**