IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JP MORGAN CHASE BANK, N.A.,

    Intervenor-Plaintiff,

v.

JACK K. BEATLEY, et al.,

    Defendants.

Case No. 2:10-CV-0229
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE ELIZABETH P. DEAVERS

## ORDER

This Court held a status/settlement conference in this matter on January 31, 2012. As discussed at that conference, the Court orders the following:

(1) Plaintiff shall file a complaint by **Tuesday, February 14, 2012**;

(2) Defendants shall file an answer or otherwise move pursuant to the Federal Rules of Civil Procedure; and

(3) An evidentiary hearing will be held on **Tuesday, April 3, 2012 at 10:00 a.m.**

In accordance with this schedule, Defendants' Motion to Dismiss and Administratively Terminate Case or for Mootness or Lack of Jurisdiction; or alternatively Remand for Lack of Jurisdiction is **DISMISSED as MOOT**.

IT IS SO ORDERED.

_1-31-2012_
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE